

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00764-CV

Erika Diann **GROSS**,
Appellant

v.

Joyce **GROSS** and Vincent Gross,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017-CV-05264
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant Erika Diann Gross.

SIGNED March 28, 2018.

_____
Patricia O. Alvarez, Justice